# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV-07-125-FVS |
| vs. | |
| 27514 NORTH SHORT ROAD, DEER PARK, WASHINGTON, TOGETHER WITH A 1974, 14 X 68 LAMPLIGHTER MOBILE HOME, SERIAL NUMBER 15295, AND ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON | Order of Dismissal Without Prejudice |
| Defendant. | |

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Fed. R. Civ. P.

This Court accepts the stipulation and finds that the case should be dismissed. The Court further finds that the parties have stipulated that each party shall be responsible for its attorneys' fees and costs incurred herein.

Accordingly, IT IS HEREBY ORDERED:

1) That this case is DISMISSED; and,

2) Each party shall be responsible for its attorneys' fees and costs.

The District Court Executive is hereby directed to enter this order and provide copies to counsel and close this file.

DATED this 7th day of January, 2008.

s/ Fred Van Sickle

Fred Van Sickle
United States District Court Judge

Order of Dismissal - 1
P71204dm.jkb.wpd